No. 91–8380. SOUZA *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 91–8381. SANCHEZ-ESCARENO ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–8384. COUSINO *v.* REKUCKI ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–8386. CONLOGUE *v.* SHINBAUM. C. A. 11th Cir. Certiorari denied.

No. 91–8387. ASHMUS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 91–8389. BERGET *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 91–8391. WARD *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 91–8393. BRUTON *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 91–8395. SLEDGE *v.* MEYERS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 91–8397. TEJADA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–8400. CLINCY *v.* TOOMBS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 91–8401. GRIMES *v.* CHERNOVETZ, WARDEN, ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–8404. JONES *v.* LEWIS ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–8405. EDWARDS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 91–8411. MARTIN *v.* DELAWARE LAW SCHOOL OF WIDENER UNIVERSITY, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–8413. ORR *v.* COWLEY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.